Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) |
| Evelyn West as Representative of the Estate of Thelma Gutierrez, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| Pfizer Inc, et al., | ) ) ) |
| Defendants. | ) ) |

**Case No. 06-5980 CRB**

**MDL NO. 1699**
**District Judge:  Charles R. Breyer**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Come now the Plaintiff, Evelyn West as Representative of the Estate of Thelma Gutierrez, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to Evelyn West as Representative of the Estate of Thelma Gutierrez, with each side bearing its own attorneys' fees and costs.

DATED:  2-25, 2010      By: _____

Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
*Attorneys for Plaintiff*

DATED: March 3, 2010        By: _____

Michelle W. Sadowsky
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated APR − 5 2010        _____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**